**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| SHANE SCOFIELD | : |
| | : CIVIL ACTION FILE NO. 1:24-cv-3231 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ALLEVIATE TAX LLC | : |
| | : |
| Defendant. | : |
| | : |
| | : |
| _____/ | |

**NOTICE OF APPEARANCE**

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: November 21, 2024         PLAINTIFF,

                    */s/ Anthony Paronich*
                    Anthony Paronich
                    Email:  anthony@paronichlaw.com
                    PARONICH LAW, P.C.
                    350 Lincoln Street, Suite 2400
                    Hingham, MA 02043
                    Telephone:  (617) 485-0018
                    Facsimile:  (508) 318-8100