**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SHANE SCOFIELD, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 1:24-cv-03231-DDD-KAS |
| Plaintiff, | : : | |
| v. | : : | |
| ALLEVIATE TAX, LLC | : : | |
| Defendant. | : : | |

**NOTICE OF APPEARANCE**

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: January 2, 2025          PLAINTIFF,

          */s/ Anthony Paronich*
          Anthony Paronich
          Email: anthony@paronichlaw.com
          PARONICH LAW, P.C.
          350 Lincoln Street, Suite 2400
          Hingham, MA 02043
          Telephone: (617) 485-0018
          Facsimile: (508) 318-8100