UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**SHANE SCOFIELD,**              Case No. 1:24-CV-3231

    Plaintiff,

v.

**ALLEVIATE TAX LLC,**

    Defendant.
_____/

**DEFENDANT ALLEVIATE TAX LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF SHANE SCOFIELD'S COMPLAINT**

Defendant Alleviate Tax LLC ("Alleviate" or "Defendant"), through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests this Court to enter an Order granting Alleviate a brief extension of time to answer or otherwise respond to Plaintiff Shane Scofield's ("Plaintiff") Complaint by February 4, 2025. In support of this Motion, Alleviate states as follows:

1. On November 21, 2024, Plaintiff filed a Complaint (ECF No. 1) and commenced the present civil action against Alleviate in this Court.

2. Alleviate's deadline to respond to Plaintiff's Complaint is currently January 21, 2025.

3. Counsel for Defendant has other pending matters which have been and are occupying counsel's time, resources, and attention over the next week. These other obligations are also preventing the undersigned from adequately preparing a response to the Complaint by the current deadline.

4. Alleviate respectfully submits that good cause exists to support an extension to

1

respond to the allegations in Plaintiff's Complaint and the additional time will not interfere with any scheduled deadlines, as this matter is still in its infancy.

5.   Alleviate also submits that good cause exists for granting its requested extension in that such extension will not prejudice or disrupt Plaintiff's ability to pursue this suit and Alleviate's counsel has conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff is not opposed to the extension.

**WHEREFORE**, for all of these reasons, Defendant Alleviate respectfully requests the Court to grant this Unopposed Motion for Extension of time to Answer or Otherwise Respond to Plaintiff's Complaint, extend Alleviate's deadline to answer or otherwise respond to the Complaint by February 4, 2025, and for such other relief to which Defendant may be entitled.

Dated: January 17, 2025

TROUTMAN AMIN, LLP

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: 561-834-0883
jenniffer@troutmanamin.com

*Counsel for Defendant Alleviate Tax LLC.*

**CERTIFICATION**

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera