**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

SHANE SCOFIELD,                               Case No. 1:24-CV-3231

    Plaintiff,
v.

ALLEVIATE TAX LLC,

    Defendant.
_____/

**STIPULATION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF SHANE SCOFIELD'S COMPLAINT**

Pursuant to Local Rule of Civil Procedure 6.1, Defendant Alleviate Tax LLC ("Alleviate" or "Defendant"), and Plaintiff Shane Scofield ("Plaintiff"), by and through their respective counsel, hereby stipulate to extend Alleviate's deadline to answer or otherwise respond to Plaintiff's Complaint by February 4, 2025.

Dated: January 21, 2025

    TROUTMAN AMIN, LLP

    */s/ Jenniffer Cabrera*
    Jenniffer Cabrera
    1825 NW Corporate Blvd, Ste. 100
    Boca Raton, Florida 33431
    Telephone: 561-834-0883
    jenniffer@troutmanamin.com

    *Counsel for Defendant Alleviate Tax LLC.*

    Anthony I. Paronich
    Paronich Law, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    617-485-0018
    Fax: 508-318-8100
    Email: anthony@paronichlaw.com
    *Counsel for Plaintiff*

        Andrew Roman Perrong
        Perrong Law LLC
        2657 Mt. Carmel Avenue
        Glenside, PA 19038
        215-225-5529
        Fax: 888-329-0305
        Email: a@perronglaw.com
        *ATTORNEY TO BE NOTICED*

        *Counsel for Plaintiff*

## **CERTIFICATION**

I hereby certify that on January 21, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera