UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ALLEVIATE TAX LLC, a California Limited Liability Company,

    Defendant.
_____/

Case No. 1:24-cv-3231

## DEFENDANT ALLEVIATE TAX, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Alleviate Tax, LLC, (hereinafter "Alleviate"), hereby certifies that this party is a non-governmental corporate party. Alleviate Tax is a limited liability company and there is no parent corporation who owns 10% or more of its stock.

Dated: February 4, 2025

                TROUTMAN AMIN, LLP

                */s/ Jenniffer Cabrera*
                Jenniffer Cabrera (FBN 1034545)
                1825 NW Corporate Blvd, Ste. 100
                Boca Raton, Florida 33431
                400 Spectrum Center Dr., Ste. 1550
                Irvine, California 92618
                Telephone: 561-834-0883
                jenniffer@troutmanamin.com
                *Counsel for Defendant Alleviate Tax LLC*

## **CERTIFICATION**

I hereby certify that on February 4, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera