# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ALLEVIATE TAX LLC<br><br>　　　　　　Defendant. | Case No. 1:24-cv-3231 |

## UNOPPOSED MOTION TO EXTEND TIME

The Plaintiff, Shane Scofield, with the consent of Defendant Alleviate Tax LLC, requests that he receive an extension of time to April 7, 2025 in order to oppose Alleviate's Motion to Strike (ECF No. 16), Motion to Dismiss (ECF No. 15), Motion to Stay Discovery (ECF No. 17), and Motion to Bifurcate Discovery (ECF No. 18). This additional time is required to address all of the arguments made in each motion, and because the Plaintiff is in the process of serving subpoenas on telecommunications providers involved in the conduct alleged, with the Defendant's consent and notwithstanding its discovery motions, to ascertain the subscribers of record for the telephone numbers involved in the conduct alleged in the Complaint. As such, the additional time is necessary to evaluate such responses and for both parties to determine whether they will continue with such motions practice or if the issues outlined therein may be rectified, *inter alia*, through amendment.

**Respectfully Submitted and Dated:** February 10, 2025

　　　　　　　　　　　　　　　　　　　　*/s/ Anthony Paronich*
　　　　　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400

        Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorney for Plaintiff and the Proposed Class*

## **LOCAL RULE 7.1(a) CERTIFICATE**

I certify that I conferred with counsel for the Defendant regarding the relief requested herein, and that the Defendant is not opposed to the relief.

Dated: February 10, 2025

        */s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorney for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: February 10, 2025

        */s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorney for Plaintiff and the Proposed Class*