IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALLEVIATE TAX LLC<br><br>Defendant. | Case No. 1:24-cv-3231 |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION TO EXTEND TIME**

AND NOW, this _____ day of _____, 202___, upon consideration of the Plaintiff's Unopposed Motion for Extension of Time to oppose the Defendant's Motions, it is ORDERED that the motion is GRANTED. Plaintiff shall have until April 7, 2025 in order to oppose Defendant's Motion to Strike (ECF No. 16), Motion to Dismiss (ECF No. 15), Motion to Stay Discovery (ECF No. 17), and Motion to Bifurcate Discovery (ECF No. 18).

_____
J.