IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 24-cv-03231-DDD-KAS | Date: February 13, 2025 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom C204 |

| *Parties:* | *Counsel:* |
|---|---|
| SHANE SCOFIELD, | Anthony Paronich |
| Plaintiff, | |
| v. | |
| ALLEVIATE TAX LLC, | Jenniffer Cabrera |
| Defendant. | |

---

### AMENDED COURTROOM MINUTES

---

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:05 a.m.**
Court calls case.  Appearances of counsel; both parties appear by videoconference.

Discussion regarding bifurcation.

**ORDERED:**   Unopposed Motion to Extend Time [#22] is GRANTED.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Joinder of Parties/Amendment of Pleadings: **April 25, 2025.**

Plaintiff's Deadline to File a Class Certification Motion: **January 14, 2026.** Within 30 days of a ruling on the Motion for Class Certification, the parties shall file a joint status report addressing additional discovery and case deadlines.

Discovery Cut-off: **December 15, 2025.**

Each side shall be limited to **two (2)** affirmative retained expert witnesses, absent further leave of Court.

Parties shall designate affirmative experts on or before **October 16, 2025.**

Parties shall designate rebuttal experts on or before **November 17, 2025.**

Each side shall be limited to **ten (10)** depositions, including experts, absent further leave of Court.


Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production and **twenty-five (25)** requests for admission, absent further leave of Court.

**FINAL PRETRIAL CONFERENCE** will be set by Judge Domenico.

**Magistrate Judge Starnella's Discovery Dispute Procedures:**

1. **Duty to Meet and Confer:** No additional requirements.

2. **Contacting Chambers:** If the dispute concerns the taking of depositions or written discovery, parties must **jointly** email Chambers. The email shall briefly describe the parties' conferral efforts and the disputes at issue. If the dispute arises during an ongoing deposition, counsel must **jointly** call Chambers.

3. **Court Instruction/Resolution:** If the dispute concerns written discovery (request for production, interrogatories, etc.), the parties must complete a written discovery dispute chart in the form on Judge Starnella's webpage. The chart must be emailed to Chambers at least **three (3) business days** before any related hearing. The chart may include citations to legal authority but shall not include legal argument or extensive factual information. The parties shall be prepared to make legal arguments at the hearing.

**NO STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by jointly contacting chambers at (303) 335-2770.

**Counsel and the parties must notify chambers at (303-335-2770) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.**

Scheduling Order is signed and entered with interlineations on February 13, 2025.

Hearing concluded.
**Court in recess:     11:23 a.m.**
Total time in court:     00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.