# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**SHANE SCOFIELD,**　　　　　　　　　　　　　Case No. 1:24-CV-3231

　　　　Plaintiff,

v.

**ALLEVIATE TAX LLC,**

　　　　Defendant.
_____/

# CONSENT MOTION FOR EXTENSION OF TIME
# TO RESPOND TO THE MOTION TO DISMISS

　　　　Plaintiff Shane Scofield (hereinafter referred to as "Plaintiff"), with the consent of the Defendant, requests an extension of time to April 21, 2025 to respond to the Defendant's pending motion to dismiss, strike class allegations, stay discovery and bifurcate discovery (ECF No. 15-18). In support of this motion, the Plaintiff needs that additional time to address all of the legal issues raised and the parties are also continuing to focus on third party discovery that could be dispositive of the case.

　　　　Counsel for the Plaintiff has conferred with counsel for the Defendant, who consents to this request.

April 3, 2025　　　　　　　　　　　　　　　/s/ *Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　　　　(617) 485-0018
　　　　　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com