# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**SHANE SCOFIELD,**    Case No. 1:24-CV-3231

  Plaintiff,
v.

**ALLEVIATE TAX LLC,**

  Defendant.
_____/

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO THE DEFENDANT'S MOTIONS

Plaintiff Shane Scofield (hereinafter referred to as "Plaintiff"), requests a brief and final one week extension of time to April 28, 2025 to respond to the Defendant's pending motions to dismiss, strike class allegations, stay discovery and bifurcate discovery (ECF No. 15-18). In support of this motion, as previously noted, the Plaintiff has conducted third party discovery that might be dispositive of the case and potentially those motions, including a deposition scheduled on April 24, which will occur after the April 21 date such motions are currently due. This will be the Plaintiff's last such extension.

Counsel for the Plaintiff has conferred with counsel for the Defendant, who has refused to consent to this request.

RESPECTFULLY SUBMITTED AND DATED this April 18, 2025.

  */s/ Andrew Roman Perrong*
  Andrew Roman Perrong, Esq.
  Perrong Law LLC
  2657 Mount Carmel Avenue
  Glenside, Pennsylvania 19038
  Phone: 215-225-5529 (CALL-LAW)
  Facsimile: 888-329-0305
  a@perronglaw.com

  *Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this April 18, 2025.

                                                 */s/ Andrew Roman Perrong*
                                                 Andrew Roman Perrong, Esq.