IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03231-DDD-KAS

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ALLEVIATE TAX LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion for Extension of Time to Respond to the Defendant's Motion** [#32] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Plaintiff's deadlines to respond to Defendant's pending Motion to Dismiss [#15], Motion to Strike Class Allegations [#16], Motion to Stay Discovery [#17], and Motion to Bifurcate Discovery [#18] are extended to **April 28, 2025**.

    Dated: April 23, 2025