UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

**SHANE SCOFIELD,**  Case No. 1:24-CV-3231

    Plaintiff,

v.

**ALLEVIATE TAX LLC,**

    Defendant.

_____/

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF 41), Plaintiff Scofield and Defendant Alleviate Tax, LLC ("Alleviate") provide the following joint status report identifying the remaining and proposed deadlines as follows:

- Parties to Designate Affirmative Experts: **May 16, 2026**
- Parties to Designate Rebuttal Experts: **June 17, 2026**
- Discovery Cut Off: **August 30, 2026**
- Motion for Class Certification: **September 30, 2026**

    Respectfully submitted,

    TROUTMAN AMIN, LLP
    */s/ Jenniffer Cabrera*
    Jenniffer Cabrera
    1825 NW Corporate Blvd, Ste. 100
    Boca Raton, Florida 33431
    Telephone: 561-834-0883
    jenniffer@troutmanamin.com

    *Counsel for Defendant Alleviate Tax LLC.*

**Error! Unknown document property name.**

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Avenue
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com
*ATTORNEY TO BE NOTICED*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, a copy of the foregoing was served by ECF to counsel of record.

*/s/ Jenniffer Cabrera*
Jenniffer Cabrera
