IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03231-DDD-KAS

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ALLEVIATE TAX LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Joint Status Report** [#43].

    The Court previously stayed this matter pending resolution of Defendant's Motion to Dismiss and Motion to Strike Class Allegations. The Court denied both motions on September 18, 2025. *Order* [#42]. Accordingly,

    IT IS HEREBY **ORDERED** that the **STAY** is **LIFTED**.

    IT IS FURTHER **ORDERED** that the affirmative expert designation deadline is extended to **May 16, 2026**. The rebuttal expert designation deadline is extended to **June 17, 2026**. The discovery cut-off is extended to **August 30, 2026**. The motion for class certification deadline is extended to **September 30, 2026**.

    Dated: January 5, 2026