# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**SHANE SCOFIELD,** individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**ALLEVIATE TAX LLC**, a California Limited Liability Company,

    Defendant.
_____/

Case No. 1:24-cv-03231-DDD-KAS

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT

Jenniffer Cabrera withdraws as counsel for Alleviate Tax LLC, ("Defendant") in this case. Please substitute attorney Brittany A. Andres of the law firm Troutman Amin, LLP, as counsel for Defendant in her stead. Substitute counsel's address, phone number, and bar number are as follows:

> Brittany A. Andres (PRID: 2660495)
> 400 Spectrum Center, Ste. 1550
> Irvine, CA 92618
> P: (949) 350-5612
> brittany@troutmanamin.com

All further pleadings, orders and notices should be sent to the substitute counsel.

Jenniffer Cabrera is no longer with the firm and will no longer serve as counsel for Defendant.

Respectfully submitted this 25th day of February, 2026.

1

Dated: February 25, 2026

                          TROUTMAN AMIN, LLP

                          */s/ Brittany A. Andres*
                          Brittany A. Andres
                          400 Spectrum Center, Ste. 1550
                          Irvine, CA 92618
                          P: (949) 350-5612
                          brittany@troutmanamin.com
                          *Counsel for Defendant Alleviate Tax LLC*

## **CERTIFICATION**

    I hereby certify that on February 25, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                          */s/ Brittany A. Andres*
                          Brittany A. Andres