# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**SHANE SCOFIELD,** individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**ALLEVIATE TAX LLC**, a California Limited Liability Company,

    Defendant.
_____/

Case No. 1:24-cv-03231-DDD-KAS

## NOTICE OF APPEARANCE

Notice is hereby given that Brittany A. Andres filed this Notice of Appearance on behalf of the Defendant Alleviate Tax LLC, ("Defendant") in this case.

Brittany A. Andres' address, email, phone number, and bar number are as follows:

> Brittany A. Andres (PRID: 2660495)
> 400 Spectrum Center, Ste. 1550
> Irvine, CA 92618
> P: (949) 350-5612
> brittany@troutmanamin.com

Respectfully submitted this 3rd day of March, 2026.

Dated: March 3, 2026

    TROUTMAN AMIN, LLP

    */s/ Brittany A. Andres*
    Brittany A. Andres
    400 Spectrum Center, Ste. 1550
    Irvine, CA 92618
    P: (949) 350-5612
    brittany@troutmanamin.com
    *Counsel for Defendant Alleviate Tax LLC*

## CERTIFICATION OF SERVICE

I hereby certify that on March 3, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by e-mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Brittany A. Andres*
Brittany A. Andres

## CERTIFICATION OF GOOD STANDING

I hereby certify that I am a member in good standing of the District Court of Colorado, PRID: 2660495, and that I am duly authorized to practice law before this Court.

*/s/ Brittany A. Andres*
Brittany A. Andres