**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

SHANE SCOFIELD,                                   **Case No. 1:24-CV-3231**

      Plaintiff,

v.

ALLEVIATE TAX LLC,

      Defendant.

_____/

### PLAINTIFF'S REQUEST FOR RULE 16 CONFERENCE

Plaintiff respectfully requests a conference pursuant to Federal Rule of Civil Procedure 16. The parties entered into a confidential written settlement agreement several months ago that was intended to fully resolve this action. Defendant, however, has not completed performance of certain material obligations despite repeated assurances that compliance was forthcoming and despite multiple follow-up efforts by Plaintiff's counsel. A Rule 16 conference is warranted to facilitate the efficient resolution of this matter and to determine the appropriate procedure for addressing Defendant's noncompliance. *See* Fed. R. Civ. P. 16(a)(1), (2), and (5) (authorizing conferences for the purposes of expediting disposition of the action, maintaining continuing control over the case, and facilitating settlement); Fed. R. Civ. P. 16(c)(2)(I) and (P) (authorizing the Court to consider settlement-related matters and to facilitate the just, speedy, and inexpensive disposition of the action). The parties reached their settlement months ago. Nevertheless, Defendant has yet to complete its obligations under that agreement, and informal efforts to resolve the issue without Court involvement have been unsuccessful. Under these circumstances, Plaintiff respectfully submits that a conference would assist the parties and the Court in

1

determining the most efficient path toward final resolution of this matter and that the Defendant

be required to attend such a conference.

WHEREFORE, Plaintiff respectfully requests that the Court schedule a Rule 16

conference at its earliest convenience with the Defendant in attendance.

RESPECTFULLY SUBMITTED AND DATED this June 16, 2026.

/s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
  *Pro Hac Vice*

  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically sent the foregoing to counsel of

record for the Defendant through the Court's CM/ECF System.

/s/ *Anthony I. Paronich*

Anthony I. Paronich