IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03231-DDD-KAS

SHANE SCOFIELD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ALLEVIATE TAX LLC,

Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Plaintiff's **Request for Rule 16 Conference** [#51].

IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **June 29, 2026, at 3:00 p.m.** by VTC. The parties shall utilize the following meeting instructions:

For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

Dated: June 17, 2026