**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

SHANE SCOFIELD,                                    Case No. 1:24-CV-3231

       Plaintiff,

v.

ALLEVIATE TAX LLC,

       Defendant.

_____/

**STIPULATION OF DISMISSAL OF ALL PLAINTIFF'S CLAIMS WITH PREJUDICE**

The parties file this Stipulation of Dismissal of all Plaintiff's Claims with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

Relatedly, as the Defendant has now fulfilled its obligations, the parties request that the status conference set for June 29, 2026 be vacated.

1

RESPECTFULLY SUBMITTED AND DATED this June 18, 2026.

| | |
|---|---|
| /s/ *Anthony I. Paronich* | /s/ *Brittany A. Andres* |
| Anthony I. Paronich, | Brittany A. Andres |
| **PARONICH LAW, P.C.** | 400 Spectrum Center, Ste. 1450 |
| 350 Lincoln Street, Suite 2400 | Irvine, CA 92618 |
| Hingham, MA 02043 | P: (949) 350-5612 |
| Telephone: (508) 221-1510 | brittany@troutmanamin.com |
| Email: anthony@paronichlaw.com | |
|     *Pro Hac Vice* | *Counsel for Defendant Alleviate Tax LLC* |
|     *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically sent the foregoing to counsel of record for the Defendant through the Court's CM/ECF System.

/s/ *Anthony I. Paronich*

Anthony I. Paronich

2